**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-37171-JBS |
| | § | |
| DAVID C. KOBAK | § | |
| KATHLEEN R. KOBAK | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 10/27/2011, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   10/03/2011         By:   /s/ David P. Leibowitz
                                              (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 10-37171-JBS |
|---|---|---|
| | § | |
| DAVID C. KOBAK | § | |
| KATHLEEN R. KOBAK | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $13,965.59
*and approved disbursements of*     $5,180.25
*leaving a balance on hand of[1]:*     $8,785.34

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $8,785.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,630.05 | $0.00 | $1,630.05 |
| David P. Leibowitz, Trustee Expenses | $7.90 | $0.00 | $7.90 |

Total to be paid for chapter 7 administrative expenses:     $1,637.95
Remaining balance:     $7,147.39

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Remaining balance: | $7,147.39 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $7,147.39 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $99,470.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | OPHRYS, LLC | $1,808.59 | $0.00 | $129.94 |
| 2 | Discover Bank | $10,335.29 | $0.00 | $742.63 |
| 3 | Chase Bank USA, N.A. | $10,452.43 | $0.00 | $751.05 |
| 4 | Capital One Bank (USA), N.A. | $2,467.89 | $0.00 | $177.33 |
| 5 | Capital One Bank (USA), N.A. | $6,753.07 | $0.00 | $485.24 |
| 6 | Capital One Bank (USA), N.A. | $6,408.56 | $0.00 | $460.48 |
| 7 | Capital One Bank (USA), N.A. | $2,655.49 | $0.00 | $190.81 |
| 8 | Chase Bank USA, N.A. | $16,323.05 | $0.00 | $1,172.88 |
| 9 | Jefferson Capital Systems LLC/COMPUCREDIT CORPORATION | $1,380.52 | $0.00 | $99.20 |
| 10 | Capital Recovery IV LLC/ HSBC Bank Nevada Carsons | $2,268.46 | $0.00 | $163.00 |
| 11 | Capital Recovery IV LLC/ Citibank Sears Gold Mastercard | $4,278.30 | $0.00 | $307.41 |
| 12 | Fia Card Services, NA/Bank of America | $9,664.85 | $0.00 | $694.46 |

**UST-Form 101-7-NFR (5/1/2011)**

| | | | | |
|---|---|---|---|---|
| 13 | Fia Card Services, NA/Bank of America | $24,674.38 | $0.00 | $1,772.96 |

        Total to be paid to timely general unsecured claims:     $7,147.39
        Remaining balance:     $0.00

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows: NONE

        Total to be paid to tardily filed general unsecured claims:     $0.00
        Remaining balance:     $0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

        Total to be paid for subordinated claims:     $0.00
        Remaining balance:     $0.00


        Prepared By:   /s/ David P. Leibowitz
                                          Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
David C. Kobak  
Kathleen R. Kobak  
      Debtors

Case No. 10-37171-JBS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: dwilliams      Page 1 of 2      Date Rcvd: Oct 05, 2011  
                         Form ID: pdf006      Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2011.
```
db/jdb       +David C. Kobak,    Kathleen R. Kobak,    25 Moorings Drive,    Palos Heights, IL 60463-1052
16018168     +BAC Home Loans/Countrywide,    450 American St.,    Simi Valley, CA 93065-6285
16018171      Barclays Bank Delaware,    Attn: Bankruptcy Dept.,    125 S. West Street,
               Wilmington, DE 19801-5014
16018172     +Capital One,    Attn: Bankruptcy Dept.,    PO Box 30281,    Salt Lake City, UT 84130-0281
16445245      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
               Oklahoma City, OK   73124-8839
16018176     +Chase,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd.,    Columbus, OH 43081-2822
16389175      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16018180     +Emerge/PVN,    Attn: Bankruptcy Dept.,    PO Box 105555,    Atlanta, GA 30348-5555
16018182      FMC-Omaha Service Ctr,    PO Box 54200,    Omaha, NE 68154-8000
16018181      First National Bank,    Attn: Bankruptcy Dept.,    500 E. 60th St. N,    Sioux Falls, SD 57104-0478
16018183     +HSBC,    Attn: Bankruptcy Dept.,    PO Box 3425,    Buffalo, NY 14240-3425
16018184     +HSBC / Carson Pirie Scott,    Attn: Bankruptcy Dept.,    PO Box 15521,    Wilmington, DE 19850-5521
16454255     +Jefferson Capital Systems LLC,    Purchased From COMPUCREDIT CORPORATION,    PO BOX 7999,
               SAINT CLOUD MN 56302-7999,    Orig By: EMERGE CARD
16018186      MACYS/DSNB,    Attn: Bankruptcy Dept.,    9111 Duke Blvd.,    Mason, OH 45040-8999
16328599     +OPHRYS, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
16018188     +Sears/CBSD,    Attn: Bankruptcy Dept.,    8725 W. Sahara Ave. Mc 02/02/03,
               The Lakes, NV 89163-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16100197      E-mail/PDF: rmscedi@recoverycorp.com Oct 06 2011 03:38:12      Capital Recovery IV LLC,
               c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,    25 S.E. 2 nd Ave Ste 1120,
               Miami, FL 33131-1605
16018179      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 06 2011 03:38:09      Discover Financial Services,
               Attn: Bankruptcy Dept.,    PO Box 15316,    Wilmington, DE 19850-5316
16331959      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 06 2011 03:38:09      Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
16688541      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 06 2011 03:18:04
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK   73124-8809
16018185      E-mail/Text: resurgentbknotifications@resurgent.com Oct 06 2011 01:08:24      LVNV Funding LLC,
               Attn: Bankruptcy Dept.,    PO Box 10584,    Greenville, SC 29603-0584
16018187      E-mail/Text: bkr@cardworks.com Oct 06 2011 01:11:08      Merrick Bank,    Attn: Bankruptcy Dept.,
               PO Box 9201,    Old Bethpage, NY 11804-9001
                                                                                              TOTAL: 6
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16018175*    +Capital One,    Attn: Bankruptcy Dept.,    PO Box 30281,    Salt Lake City, UT 84130-0281
16018173*    +Capital One,    Attn: Bankruptcy Dept.,    PO Box 30281,    Salt Lake City, UT 84130-0281
16018174*    +Capital One,    Attn: Bankruptcy Dept.,    PO Box 30281,    Salt Lake City, UT 84130-0281
16018177*    +Chase,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd.,    Columbus, OH 43081-2822
16018169    ##+Bank of America,    Attn: Bankruptcy Dept.,    PO Box 1390,    Norfolk, VA 23501-1390
16018170    ##+Bank of America,    Attn: Bankruptcy Dept.,    P.O. Box 17054,    Wilmington, DE 19850-7054
16018178    ##Citimortgage,    PO Box 9438,    Dept 0251,    Gaithersburg, MD 20898-9438
                                                                                 TOTALS: 0, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dwilliams              Page 2 of 2               Date Rcvd: Oct 05, 2011
                              Form ID: pdf006             Total Noticed: 22

          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 07, 2011**                    **Signature:**    *Joseph Speetjens*